# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

Wachovia SBA Lending, Inc.

v.                                          Civil No. 08-cv-406-JL

Burd Engineering Associates, Inc., et al

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The exhibits to defendant's answer in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the exhibits to defendant's answer. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Exhibits to Answer, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

SO ORDERED.

                                                     James R. Muirhead
                                          United States Magistrate Judge

Date: October 30, 2008

cc: William J. Amann, Esq.
     Martin O. Wilson, Pro se
     Arlene J. Wilson, Pro se