UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| WACHOVIA SBA LENDING, INC., f/k/a/ The Money Store Investment Corporation<br>    Plaintiff<br><br>v.<br><br>BURD ENGINEERING ASSOCIATES, INC.,<br><br>MARTIN O. WILSON,<br><br>ARLENE J. WILSON,<br>    Defendants | Civil Action No.<br>08-CV-406-JL |

### ORDER ON PLAINTIFF'S MOTION FOR PERIODIC PAYMENTS

This cause coming to be heard on the Plaintiff, Wachovia SBA Lending, Inc.'s ("Wachovia) Motion For Periodic Payments (the "Motion") and the Court having reviewed the Motion, the financial declarations of Martin Wilson and Arlene Wilson (collectively, the "Defendants"), and having heard the oral testimony of the Defendants, and by and with the agreement of the Plaintiff and the Defendants;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  The Defendants do have a present ability to make monthly payments on the judgment entered against them in this case on December 19, 2008 (the "Judgment");

2.  The Defendants shall pay Six Hundred Dollars ($600.00) per month (the "Monthly Payments") to Wachovia.

3.  The Monthly Payments shall be made on the 15th day of each month commencing on March 15, 2010 and shall continue until such time that the Judgment is paid in full or this

1

Court orders otherwise.

    4.    The Monthly Payments shall be mailed to:

> James S. LaMontagne, Esq.
> Sheehan Phinney Bass + Green, P.A.
> 1000 Elm Street
> PO Box 3701
> Manchester, NH 03101-3701

    5.    There shall be a hearing on July __26th__, 2010 at __10:00__ a.m. to review the Defendants' ability to make payments upon the Judgment.

Date:  January 22, 2010          /s/ Joseph N. Laplante
                                         Hon. Joseph N. Laplante
                                         United States District Court
                                         District of New Hampshire