UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| WACHOVIA SBA LENDING, INC., f/k/a/ The Money Store Investment Corporation<br>Plaintiff<br><br>v.<br><br>BURD ENGINEERING ASSOCIATES, INC.,<br><br>MARTIN O. WILSON,<br><br>ARLENE J. WILSON,<br>Defendants | Civil Action No.<br>08-CV-406-JL |

## SECOND ORDER ON PLAINTIFF'S MOTION FOR PERIODIC PAYMENTS

After further hearing on the Plaintiff, Wachovia SBA Lending, Inc.'s ("Wachovia) Motion For Periodic Payments (the "Motion"), the Court having reviewed the updated financial declarations of Martin Wilson and Arlene Wilson (collectively, the "Defendants") dated September 1, 2010, having heard the oral testimony of the Defendants, and by and with the agreement of the Plaintiff and the Defendants;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.   The Defendants do have a present ability to make monthly payments on the judgment entered against them in this case on December 19, 2008 (the "Judgment");

2.   The Defendants shall pay Four Hundred Dollars ($400.00) per month to Wachovia for the months of October, November and December, 2010 (collectively, the "$400 Payment").

3.   Beginning in January 2011, the Defendants shall pay Seven Hundred Dollars

1

2

($700.00) per month to Wachovia (collectively, the "$700 Payment") (collectively, the $400 Payment and the $700 Payment are the "Monthly Payments"). Defendants shall pay the $700 Payment until such time that the Judgment is satisfied in full or a further order of this Court is entered.

4. The Monthly Payments shall be made on the 15th day of each month.

5. The Monthly Payments shall be mailed to:

James S. LaMontagne, Esq.
Sheehan Phinney Bass + Green, P.A.
1000 Elm Street
PO Box 3701
Manchester, NH 03101-3701

Date: 9/29/10

Hon. Joseph N. Laplante
United States District Court
District of New Hampshire